GLAXO GROUP LIMITED and Glaxo Wellcome, Inc., Plaintiffs–Appellees,

v.

RANBAXY PHARMACEUTICALS, INC., Defendant–Appellant.

No. 01–1151.

United States Court of Appeals, Federal Circuit.

Sept. 17, 2001.

Before MAYER, Chief Judge, NEWMAN, Circuit Judge, and RADER, Circuit Judge.

ORDER

A petition for rehearing having been filed by the APPELLEES,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED.

The mandate of the court will issue on September 24, 2001.

Shinpei OKAJIMA, Appellant,

v.

Joel BOURDEAU, Appellee.

No. 01–1090.

United States Court of Appeals, Federal Circuit.

Sept. 17, 2001.

ORDER

A combined petition for panel rehearing and for rehearing en banc having been filed by the APPELLANT, and the petition for rehearing having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for panel rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

The mandate of the court will issue on September 24, 2001.